IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

      Plaintiff,               No. CIV S-06-0088 FCD DAD P

      vs.

LOU BLANAS, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has requested a 90-day extension of time to file an amended complaint pursuant to the court's order filed November 17, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  Plaintiff's December 18, 2006 request for extension of time is granted; and

      2.  Plaintiff is granted an extension of time to March 19, 2007, in which to file an amended complaint.  No further extension of time will be granted for this purpose, and failure to file a timely amended complaint will result in a recommendation that this action be dismissed.

DATED: December 22, 2006.

Dale A. Drozd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mart0088.36