IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

        Plaintiff,                      No. CIV S-06-0088 FCD DAD P

    vs.

LOU BLANAS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of January 24, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 28, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: March 5, 2008.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:bb
mart0088.36amd