IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

    Plaintiff,                       No. CIV S-06-0088 FCD DAD P

    vs.

LOU BLANAS, et al.,

    Defendants.                  <u>ORDER</u>

                            /

        Plaintiff has requested a second extension of time to file a second amended complaint pursuant to the court's order of January 24, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 14, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order in which to file a second amended complaint.

DATED: April 18, 2008.

                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
mart0088.36amd(2)