IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

        Plaintiff,                  No. CIV S-06-0088 FCD DAD P

    vs.

LOU BLANAS, et al.,

        Defendants.         FINDINGS & RECOMMENDATIONS

_____/

        By order filed January 24, 2008, plaintiff's first amended complaint was dismissed andleave to file a second amended complaint within thirty-five days was granted. On March 6, 2008, plaintiff was granted an additional thirty days to file a second amended complaint. On April 18, 2008, plaintiff was granted yet an additional forty-five day extension of time to file a second amended complaint. The latter time period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 11, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
mart0088.fta.ext