IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

    Plaintiff,                      No. CIV S-06-0088 FCD DAD P

    vs.

LOU BLANAS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        By order filed April 16, 2009, the court determined that plaintiff's second amended complaint appeared to state a cognizable claim for relief against defendant Blanas and ordered plaintiff to provide information for service of process on form USM-285, a completed summons, sufficient copies of the second amended complaint, and a notice of compliance. Plaintiff has failed to submit a completed summons for defendant Blanas. Accordingly, within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it with a completed summons for defendant Blanas.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff one summons; and

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it with a completed summons for defendant Blanas.

DATED: June 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart0088.summ

```
1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT MARTINEZ,
11          Plaintiff,              No. CIV S-06-0088 FCD DAD P
12      vs.
13  LOU BLANAS, et al.,             NOTICE OF SUBMISSION
14          Defendants.             OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following document in compliance with the court's
17  order filed _____:
18          _____ one completed summons form
19  DATED: _____.
20
21                                          _____
22                                          Plaintiff
23
24
25
26
```