IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MARTINEZ,

    Plaintiff,                    No. CIV S-06-0088 FCD DAD P

    vs.

LOU BLANAS,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On July 6, 2009, the court ordered the United States Marshal to serve the complaint on defendant Blanas. However, the Marshal was unable to effect service on defendant Blanas, reporting that he is no longer employed at the Sacramento County Main Jail, and the California Department of Corrections and Rehabilitation locator has no record of him.[1]

        If plaintiff wishes to proceed with his claims against defendant Blanas, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

/////

---

[1] This is no doubt because former Sacramento County Sheriff Lou Blanas retired on July 26, 2006.

1

1          Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

          Accordingly, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the amended complaint filed September 2, 2008;

          2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

          a.  One completed USM-285 form for defendant Blanas;

          b.  Two copies of the second amended complaint filed September 2, 2008; and

          c.  One completed summons form.

Failure to do so will result in a recommendation that this action be dismissed without prejudice. See Fed. R. Civ. P. 4(m) and 41(b).

DATED: September 30, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
mart0088.8e

2

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT MARTINEZ,
11          Plaintiff,                  No. CIV S-06-0088 FCD DAD P
12      vs.
13  LOU BLANAS, et al.,                 NOTICE OF SUBMISSION
14          Defendants.                 OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          _____ one completed summons form;
19          _____ one completed USM-285 form; and
20          _____ two true and exact copies of the second amended complaint filed
21                September 2, 2008.
22  DATED: _____.
23
24                                              _____
                                                Plaintiff
25
26
```